

# ABSTRACT OF JUDGMENT

## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of U.S.C §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Address of Parties against whom judgments have been obtained. | Names of Parties in whose favor judgments have been obtained. |
|---|---|
| Paul Pupuhi<br>(SSN: XXX-XX-8451)<br><br>28-2947 Kumula Street, Apt. K4<br>Hilo, HI 96720 | United States of America |

| Amount of Judgment | Names of Creditor's Attorneys | When Docketed |
|---|---|---|
| $ 20,000.00 Principal<br>$ 0.00 Costs<br>0 Interest<br><br>$ 20,000.00 Total<br>Plus postjudgment<br>Interest of 2.12%<br>Surcharge _____ | UNITED STATES ATTORNEY<br>EDRIC M. CHING<br>Assistant U.S. Attorney<br>300 Ala Moana Blvd.<br>PJKK Federal Bldg, Rm 6100<br>P.O. Box 50183<br>Honolulu, HI 96850<br>Fin. Lit. Unit (808) 541-2850 | Date: August 6, 2004<br><br>Civil No.:<br>CV 04-00472 SPK BMK |

UNITED STATES OF AMERICA,    CLERK'S OFFICE    U.S. DISTRICT COURT
                                              DISTRICT OF HAWAII

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date, Honolulu, Hawaii   __JUN 12 2008__, 20____

SUE BEITIA_____, Clerk

_____, Deputy Clerk